Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JULIANA GOMEZ-CRUZ

       Plaintiff(s)

v.

CORNERSTONE CAFE, INC. et al

       Defendant(s)

Civil Action: 18-cv-01145-APM

**RE:** Defendant CORNERSTONE CAFE, INC.;
Defendant DAE "DAVID" WOONG KIM;
Defendant KOOKHEE PARK also known as KOOKIE KIM

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 13, 2018, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of October, 2018 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk